THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HARRY HAYES, Petitioner-Appellant.

(No. 61459;

First District (3rd Division)—July 17, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (William D. Trude, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.